IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  02-cv-01459-WDM-MJW

CESAR PENA,

    Plaintiff(s),

v.

LES BROWNLEE, Acting Secretary of the Army,

    Defendant(s).

_____

**ORDER**
_____

This matter is before me on the Request for Status Update filed by plaintiff with an offer to provide an updated proposed findings and conclusions. Revised findings and conclusions by both parties taking into account the actual presentation of evidence may be helpful.

Accordingly, it is ordered that each party submit an entirely revised findings and conclusions on or before September 30, 2005.

DATED at Denver, Colorado, on September 9, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge

PDF FINAL