IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 02-cv-01459-WDM-MJW

CESAR R. PENA,

    Plaintiff,

v.

FRANCIS J. HARVEY, Acting Secretary of the Army,

    Defendant.

_____

## ORDER REOPENING CASE
_____

    This matter is before me on the Plaintiff's Motion to Reopen and Ruling on Relief. As Plaintiff's motion and the record reflects this has been a difficult proceeding which regrettably remains unresolved. Accordingly the case should be reopened and the parties should advise the court of its status.

    It is therefore ordered:

    1. This case is reopened and no longer administratively closed; and

    2. The parties shall file by, April 18, 2008, a joint status report advising the court how this matter should proceed to prompt resolution.

    DATED at Denver, Colorado, on April 4, 2008.

                                       BY THE COURT:

                                       s/ Walker D. Miller
                                       United States District Judge